UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    2:24cv07080 CAS (PVCx)                                         Date: October 18, 2024

Title    *CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION; ET AL. v. COASTAL CASEWORK INSTALLATIONS, INC.; ET AL.*

Present: The Honorable:    CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) – NOTICE OF SETTLEMENT [12] (Filed October 4, 2024); AND ORDER TO SHOW CAUSE

THE COURT, having been notified by counsel that the above-entitled action has been settled between plaintiffs and defendant Coastal Casework Installations, Inc. on October 4, 2024.  IT IS HEREBY ORDERED that counsel shall file a proper dismissal of defendant Coastal Casework Installations, Inc. of or a joint report detailing settlement status within **30 days** and every quarter thereafter until a dismissal of defendant Coastal Casework Installations, Inc. is filed.  All dates in this action as it pertains to defendant Coastal Casework Installations, Inc. are hereby **VACATED**.

### ORDER TO SHOW CAUSE
### AS TO DEFENDANT HUDSON INSURANCE COMPANY

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **November 18, 2024**, why this action should not be dismissed for lack of prosecution as to **defendant Hudson Insurance Company, only.**  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.  Plaintiff is advised that the Court will consider an answer by **defendant Hudson Insurance**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24cv07080 CAS (PVCx)                           Date: October 18, 2024

Title  *CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION; ET AL. v. COASTAL CASEWORK INSTALLATIONS, INC.; ET AL.*

**Company**, or plaintiff's request for entry of default on this defendant on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |